917 A.2d 782

ALICE HOFFMAN AND ROBERT HOFFMAN, PLAINTIFFS–
RESPONDENTS, v. SYDNEY SMITH, DEFENDANT–
PETITIONER.

February 8, 2007.

Denied.

917 A.2d 782

JEAN E. KELLER, PLAINTIFF–RESPONDENT, v. JENNIFER DE-
SANTO, DEFENDANT–PETITIONER, AND GREGORY DESAN-
TO, INDIVIDUALLY, JOINTLY, SEVERALLY AND IN THE
ALTERNATIVE, DEFENDANT.

February 8, 2007.

Denied.

917 A.2d 783

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
BASIYR A. POWELL, DEFENDANT–PETITIONER.

February 8, 2007.

Denied.